UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CR. NO. 1:22-CR- |
| v. | : | (Judge         ) |
| **SAM DUONG,** | : | |
| Defendant. | : | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
26 U.S.C. § 7202
(Failure to collect and pay over tax)

From in or about March 2015, to in or about June 2018, in the Middle District of Pennsylvania and elsewhere, the defendant,

**SAM DUONG,**

who was the sole owner and president of ETS, Inc., did willfully fail to truthfully account for and pay over to the Internal Revenue Service the federal income taxes and Federal Insurance Contributions Act taxes withheld and due and owing to the United States of America for the years 2015 through 2018, totaling approximately $784,475.

In violation of Title 26, United States Code, Section 7202.

JOHN C. GURGANUS
United States Attorney

_____
CARLO D. MARCHIOLI
Assistant United States Attorney

__5/4/2022_____
Date